

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,065-01

### EX PARTE MATTHEW THOMAS JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1596577-A IN THE 208TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. On December 16, 2020, this Court remanded this matter to the trial court to allow that court to complete its evidentiary investigations and make findings of fact and conclusions of law.

On November 10, 2021, this Court received the supplemental record after remand, which includes findings of fact and conclusions of law signed by the trial court. In those findings and conclusions, the trial court cites extensively to an affidavit submitted by Applicant's trial counsel, Ted Doebbler on February 9, 2021. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers

filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The supplemental record forwarded to this Court appears, however, to be incomplete, in that the affidavit of Ted Doebbler is not included in the record.

The district clerk shall either forward to this Court the affidavit of trial counsel Ted Doebbler or certify in writing that this document is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: November 16, 2021
Do not publish